```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

MICHAEL MCGRATH              :         CIVIL ACTION
                             :
       v.                    :
                             :
LUMBERMENS MERCHANDISING CORP. :       NO. 10-7513

                            ORDER

   AND NOW, this 20th day of March, 2012, upon consideration of defendant's statement of facts and motion for summary judgment (docket entry # 14), plaintiff's answer to defendant's facts, counterstatement of facts, and memorandum in opposition thereto (docket entry # 16), defendant's reply thereto (docket entry # 18), and plaintiff's sur-reply (docket entry # 21), and upon the analysis set forth in the accompanying Memorandum, it is hereby ORDERED that:

   1.   Defendant Lumbermens Merchandising Corporation's motion for summary judgment (docket entry # 14) is GRANTED as to plaintiff Michael McGrath's ADEA and PHRA claims; and

   2.   The Clerk shall CLOSE this case statistically.


   BY THE COURT:


   __\s\Stewart Dalzell